IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDA PERRY,

      Plaintiff,

    v.

ATRIA SENIOR LIVING, INC., et al.,

      Defendants.

Case No. 17-cv-04289-MMC

**ORDER DIRECTING DEFENDANT ATRIA SENIOR LIVING, INC. TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL**

    On August 14, 2017, the above-titled action was reassigned to the undersigned.

    To facilitate the Court's review of the case, defendant Atria Senior Living, Inc. is hereby DIRECTED to submit forthwith a chambers copy of its Notice of Removal, filed July 27, 2017.

    **IT IS SO ORDERED.**

Dated: August 18, 2017

MAXINE M. CHESNEY
United States District Judge